UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Christopher Preston Champagne, | ) | C/A No. 6:24-cv-6863-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER AND OPINION** |
| | ) | |
| Taylor E. Raines, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, while a detainee at the Greenville County Detention Center, proceeding *pro se*, filed a Complaint pursuant to 42 U.S.C. § 1983. ECF No. 1. By Order dated November 26, 2024, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for further evaluation and possible service of process. ECF No. 6.

Plaintiff was warned that failure to provide the necessary information and paperwork (including payment of the filing fee, completed service documents, and a completed standard complaint form) within twenty-one (21) days, the time set forth in the Order, may result in the case being dismissed. *Id*. at 1. The Order also advised Plaintiff of his duty to always keep the Court informed as to his current address. *Id*. at 2. The Court's Order was mailed to the Greenville County Detention Center where Plaintiff was incarcerated at the time he commenced this action. ECF No. 7. The Court's Order has not been returned as undeliverable and so Plaintiff is presumed to have received the Order. However, Plaintiff did not respond to the Court's Order, and the time to respond has lapsed. Plaintiff has failed to bring this case into proper form and appears to have abandoned his claims in this case.

1

Plaintiff has failed to prosecute this case and has failed to comply with the Order of this Court. Accordingly, this case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. See *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

                                               s/Jacquelyn D Austin
                                               Jacquelyn D. Austin
                                               United States District Judge

January 6, 2025
Greenville, South Carolina